# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DANIEL MATTHEW SOLOMON,

    Plaintiff,

v.                                               Case No: 8:23-cv-1068-CEH-CPT

SYNOVUS FINANCIAL
CORPORATION and ANDREW J.
GREGORY,

    Defendants.

## ORDER

This cause comes before the Court on Plaintiff Daniel Matthew Solomon's Notice of Voluntary Dismissal (Doc. 10). In the Notice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his claims with prejudice.

In accord with the Notice of Voluntary Dismissal, it is **ORDERED:**

1) This cause is dismissed with prejudice.

2) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on September 15, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record; Unrepresented Parties